LAZARE POTTER GIACOVAS & MOYLE LLP
Yale Glazer, Esq.
747 Third Avenue, 16th Floor
New York, New York 10017
(212) 758-9300
Attorneys for Defendant St. Paul Protective Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RALPH ZUCKER,

                Plaintiff,

- against -

ST. PAUL PROTECTIVE INSURANCE COMPANY,

                Defendant

Docket No.: 24-7030

**NOTICE OF REMOVAL**

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant St. Paul Protective Insurance Company ("St. Paul") hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of New Jersey from the Superior Court of the State of New Jersey, Law Division, Ocean County, where the action is now pending under Docket No. OCN-L-1205-24.

      1.     On or about May 8, 2024, Plaintiff Ralph Zucker (Plaintiff) commenced this action in the Superior Court of the State of New Jersey, Ocean County, by filing a summons and complaint (the "Complaint"), and the action is now pending in that court.

      2.     Upon information and belief, on May 16, 2024, Plaintiff served the Complaint on St. Paul.

3. This action is a civil action to recover for damages under an insurance policy issued by St. Paul to Plaintiff and the United States District Court for the District of New Jersey has jurisdiction by reason of the parties' diversity of citizenship.

4. Upon information and belief, Plaintiff are now, and at the time the action was commenced, an individual residing and domiciled in Lakewood, New Jersey, County of Ocean, State of New Jersey.

5. Defendant St. Paul is now, and at the time the action was commenced, a foreign corporation organized, formed and incorporated under the laws of the State of Connecticut with its principal place of business in Hartford, Connecticut.

6. The amount in controversy in this action exceeds $75,000 exclusive of interest and costs.

7. No change of citizenship of the parties has occurred since the commencement of the action.

8. Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

9. A copy of all process and pleadings is attached hereto as Exhibit "A" and filed with this notice.

10. This Notice of Removal is being filed within thirty (30) days after the Complaint was served on St. Paul and is timely pursuant to 28 U.S.C. § 1446(b).

11. Promptly after the filing of this Notice of Removal, St. Paul will give written notice thereof to Plaintiff's attorneys of record and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of New Jersey, Ocean County, thereby effecting removal of the Action pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, since all prerequisites for diversity jurisdiction are present, St. Paul respectfully requests that this action proceed in the United States District Court for the District of New Jersey as an action properly removed to it.

Dated: New York, New York
June 14, 2024

                              LAZARE POTTER GIACOVAS & MOYLE LLP

                              By: _____
                                  Yale Glazer, Esq.
                              747 Third Avenue, 16th Floor
                              New York, New York 10017
                              (212) 758-9300
                              Attorneys for Defendant

TO:    Russell Macnow, Esq.
        MACNOW & PAPALEO ATTORNEYS AT LAW
        265 Route 34, Suite E
        Colts Neck, New Jersey 07722
        (732) 780-0040
        Attorneys for Plaintiff