# EXHIBIT "A"

*Served JH*
*11:40am*
*5-16-24*

| | | |
|---|---|---|
| Attorney(s) | Russell Macnow, Esq | |
| Office Address | Macnow & Papaleo Attorneys at Law | |
| | 265 Rt. 34, Suite E | |
| Town, State, Zip Code | Colts Neck, NJ 07722 | |
| Telephone Number | (732) 780-0040 | |
| Attorney(s) for Plaintiff | | |

RALPH ZUCKER,

_____

Plaintiff(s)

Vs.

ST. PAUL PROTECTIVE INSURANCE COMPANY,

_____

Defendant(s)

# Superior Court of New Jersey

Ocean _____ COUNTY

Law _____ DIVISION

Docket No: OCN-L-1205-24 _____

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 05/09/2024 _____

_____ /s/ Michelle M. Smith _____
Jennifer M. Perez,
Acting Clerk of the Superior Court

Name of Defendant to Be Served: St. Paul Protective Insurance Company

Address of Defendant to Be Served: One Tower Square, Hartford, CT 06183

NOTE: The Case Information Statement is available at http://www.njcourtsonline.com

## DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
## COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd , First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl , Courts Facility
49 Rancocas Rd.
Mt Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl , Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court.
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P.O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

Revised 7/1/2008, CN 10792
Revised 07/2009, CN 10153-English (Directory of Superior Court Deputy Clerk's Offices County Lawyer Referral and Legal Services)

page 3 of 4

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn  Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

Revised 7/1/2008, CN 10792
Revised 07/2009, CN 10153-English (Directory of Superior Court Deputy Clerk's Offices County Lawyer Referral and Legal Services)

page 4 of 4

Russell Macnow, Esq. - ID 020571993
Macnow & Papaleo Attorneys at Law
265 Route 34, Suite E
Colts Neck, New Jersey 07722
T (732) 780-0040
F (732) 780-0090
rm@macnowlaw.com
Attorneys for Plaintiff
Our File No.: H2676

---

| | |
|---|---|
| RALPH ZUCKER, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: |
| Plaintiff, | OCEAN COUNTY |
| | |
| v. | DOCKET NO.: OCN-L- |
| | |
| ST. PAUL PROTECTIVE | Civil Action |
| INSURANCE COMPANY, | |
| | **COMPLAINT** |
| Defendant. | |

---

Plaintiff, by way of Complaint against the defendant, hereby says:

## FIRST COUNT

1. At all times relevant hereto, plaintiff, Ralph Zucker, was the owner of a certain condominium located at 289 Zachary Court, Lakewood, New Jersey.

2. At all times relevant hereto, defendant, St. Paul Protective Insurance Company, provided property insurance coverage for the condominium located at 289 Zachary Court, Lakewood, New Jersey.

3. On or about May 1, 2023, plaintiff reported water infiltration into the insured condominium through a hole in the roof resulting in damage to the interior of the condominium.

4. Defendant, St. Paul Protective Insurance Company, breached the insurance contract by wrongfully denying plaintiff's claim as a result of which plaintiff has been damaged.

WHEREFORE, plaintiff, Ralph Zucker, demands judgment against defendant, St. Paul Protective Insurance Company, for compensatory damages, consequential damages together with attorneys' fees, cost of suit, prejudgment interest and such other relief as the Court may deem just and proper.

## CERTIFICATION NO OTHER ACTION PENDING

I certify, pursuant to R. 4:5-1(b)(2) that the matter in controversy is not the subject of any other action or arbitration proceeding, nor are they contemplated  To the best of my knowledge and information, no other parties should be joined in this action.


_____
Russell Macnow, Esq.
Attorney for Plaintiff

DATED: May 8, 2024


## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues


_____
Russell Macnow, Esq.
Attorney for Plaintiff

<u>DESIGNATION OF TRIAL COUNSEL</u>

Pursuant to the provisions of <u>R</u>. 4:25-4, the Court is advised that Russell Macnow, Esq. is hereby designated as trial counsel on behalf of the plaintiff.

By: _____
Russell Macnow, Esq.
Attorney for Plaintiff

# Civil Case Information Statement

## Case Details: OCEAN | Civil Part Docket# L-001205-24

Case Caption: ZUCKER RALPH  VS ST. PAUL
PROTECTIVE  INSURANCE

Case Initiation Date: 05/08/2024

Attorney Name: RUSSELL L MACNOW

Firm Name: RUSSELL MACNOW, LLC

Address: 265 ROUTE 34 SUITE E
COLTS NECK NJ 07722

Phone: 7327800040

Name of Party: PLAINTIFF  Zucker, Ralph

Name of Defendant's Primary Insurance Company
(if known)  None

Case Type: OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

Document Type: Complaint with Jury Demand

Jury Demand: YES - 6 JURORS

Is this a professional malpractice case?  NO

Related cases pending: NO

If yes, list docket numbers:

Do you anticipate adding any parties (arising out of same
transaction or occurrence)? NO

Does this case involve claims related to COVID-19? NO

Are sexual abuse claims alleged by: Ralph Zucker? NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:

Do you or your client need any disability accommodations? NO
       If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
       If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO
Medical Debt Claim? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/08/2024
Dated

/s/ RUSSELL L MACNOW
Signed

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER        NJ 08754

                              TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 504-0700
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:  MAY 08, 2024
                    RE:    ZUCKER RALPH  VS ST. PAUL PROTECTIVE  INSURANCE
                    DOCKET: OCN L -001205 24

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 1.

    DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON VALTER H  MUST

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT.  (732) 504-0700 EXT 64366.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:

                         ATT: RUSSELL L  MACNOW
                         RUSSELL MACNOW, LLC
                         265 ROUTE 34
                         SUITE E
                         COLTS NECK       NJ 07722

ECOURTS

**Yale Glazer**

---

| | |
|---|---|
| **From:** | Russell Macnow <rm@macnowlaw.com> |
| **Sent:** | Thursday, May 30, 2024 5:37 PM |
| **To:** | Yale Glazer |
| **Subject:** | RE: Zucker v. St. Paul OCN L 1205 24 |
| **Attachments:** | VID-20230510-WA0123.mp4; 289 Zachary Ct BLDG Estimate.pdf; Buildback Invoice.pdf; Roofing Repair.pdf |

**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Yale

Good to hear from you! I hope this email finds you well!

It was denied for racoons, but they were not the cause of the hole in the roof that allowed the racoons to enter.
Wind ripped a satellite dish from the roof causing the hole. The dish apparently haphazardly installed by a neighbor (townhouse row) above my client's roof.
The issue was not discovered until water started to enter the living space by which time racoons had taken up residence.
Video taken by the roofer is attached.
Damages proofs are attached.

rm@macnowlaw.com

Russell Macnow
Macnow & Papaleo Attorneys At Law
265 Rt. 34
Suite E
Colts Neck, NJ 07722
732-780-0040
732-780-0090 (fax)

This email, including attachments, contains information that is confidential and may be protected by the attorney/client or other privileges, and constitutes non-public information intended to be conveyed only to the designated recipients. If you are not the intended recipient, please delete this email and any attachments, do not copy, distribute or forward any materials received in error, and use the reply function immediately to notify the sender of the error. The unauthorized use, dissemination or reproduction of this email, including attachments, is prohibited and may be unlawful.

**From:** Yale Glazer <yglazer@lpgmlaw.com>
**Sent:** Thursday, May 30, 2024 1:20 PM
**To:** Russell Macnow <rm@macnowlaw.com>
**Subject:** Zucker v. St. Paul OCN L 1205 24

Russell:

Its been a while.  I've been retained on this matter.  I don't have the file yet.  I understand it was a raccoon issue?  How much are the damages?

Thanks
Yale



**Yale Glazer**
**Partner**
**Lazare Potter Giacovas & Moyle LLP**
747 Third Avenue, 16th Floor
New York, New York  10017
Direct: (212) 784-3291; Mobile: (201) 247-7913

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

Insured:     289 Zachary Ct
Property:    289 Zachary Ct
             Lakewood, NJ 08701

**Claim Number:**                    **Policy Number:**                    **Type of Loss:**

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:     10/18/2023 5:58 PM

Price List:     NJTR8X_DEC23
                Restoration/Service/Remodel
Estimate:       2023-10-18-175816

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**2023-10-18-175816**

**SKETCH1**

**2nd Floor**



| Hallway | | | Height: 8' |
|---------|---|---|-----------|
| 165.13 SF Walls | | 26.79 SF Ceiling | |
| 191.92 SF Walls & Ceiling | | 26.79 SF Floor | |
| 2.98 SY Flooring | | 20.54 LF Floor Perimeter | |
| 20.54 LF Ceil. Perimeter | | | |

**Missing Wall**          **2' 11 13/16" X 8' 7/16"**          **Opens into LANDING**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|-------------|-----|--------|---------|-----|-----|-------|
| R&R Pre-finished solid wood flooring - High grade | 26.79 SF | 3.72 | 12.55 | 34.94 | 91.53 | 562.34 |
| Additional charge for screwing down underlayment/subfloor | 26.79 SF | 0.00 | 1.11 | 2.38 | 6.24 | 38.36 |
| Paint full lvrd bifold door set - slab - 2 coats -per side | 2.00 EA | 0.00 | 112.18 | 17.98 | 47.12 | 289.46 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 51.66 | 8.28 | 21.70 | 133.30 |
| Mask and cover light fixture | 1.00 EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| R&R Light fixture - High grade | 1.00 EA | 13.25 | 119.27 | 10.62 | 27.84 | 170.98 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 134.12 SF | 0.66 | 3.31 | 42.68 | 111.81 | 686.95 |
| Clean floor or roof joist system - Heavy | 26.79 SF | 0.00 | 1.65 | 3.55 | 9.28 | 57.03 |
| Clean stud wall - Heavy | 107.33 SF | 0.00 | 1.32 | 11.36 | 29.76 | 182.80 |
| Batt insulation - 10" - R30 - paper / foil faced | 26.79 SF | 0.00 | 2.44 | 5.24 | 13.73 | 84.34 |
| R&R Baseboard - 4" w/ cap and shoe | 20.54 LF | 0.83 | 9.65 | 17.26 | 45.21 | 277.73 |
| Seal (1 coat) & paint (2 coats) baseboard w/cap &/or shoe | 20.54 LF | 0.00 | 3.39 | 5.58 | 14.62 | 89.83 |
| Floor protection - self-adhesive plastic film | 26.79 SF | 0.00 | 0.85 | 1.83 | 4.79 | 29.39 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 20.54 LF | 0.00 | 1.86 | 3.06 | 8.02 | 49.28 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 191.92 SF | 0.00 | 0.83 | 12.77 | 33.45 | 205.51 |
| Paint the walls and ceiling - two coats | 191.92 SF | 0.00 | 1.35 | 20.76 | 54.41 | 334.26 |
| R&R Underlayment - 5/8" BC plywood | 26.79 SF | 1.05 | 3.85 | 10.51 | 27.56 | 169.34 |
| Final cleaning - construction - Residential | 26.79 SF | 0.00 | 0.32 | 0.69 | 1.80 | 11.06 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Hallway**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Vacuuming - (PER SF) - Heavy | 218.71 SF | 0.00 | 0.23 | 4.03 | 10.56 | 64.89 |
| Cold air return cover - Detach & reset | 1.00 EA | 0.00 | 28.87 | 2.31 | 6.07 | 37.25 |
| Totals:  Hallway | | | | 217.43 | 569.68 | 3,499.75 |



**Bathroom**          **Height: 8'**

| | |
|---|---|
| 218.51  SF Walls | 42.81  SF Ceiling |
| 261.31  SF Walls & Ceiling | 42.81  SF Floor |
| 4.76  SY Flooring | 27.18  LF Floor Perimeter |
| 27.18  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 42.81 SF | 0.00 | 0.85 | 2.92 | 7.64 | 46.95 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 27.18 LF | 0.00 | 1.86 | 4.05 | 10.62 | 65.22 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 261.31 SF | 0.00 | 0.83 | 17.39 | 45.55 | 279.83 |
| Paint the walls and ceiling - two coats | 261.31 SF | 0.00 | 1.35 | 28.28 | 74.09 | 455.14 |
| Clean door (per side) | 4.00 EA | 0.00 | 8.89 | 2.86 | 7.47 | 45.89 |
| Clean floor or roof joist system - Heavy | 32.10 SF | 0.00 | 1.65 | 4.25 | 11.13 | 68.35 |
| Clean stud wall - Heavy | 69.40 SF | 0.00 | 1.32 | 7.34 | 19.24 | 118.19 |
| 1/2" drywall - hung, taped, floated, ready for paint | 101.50 SF | 0.00 | 3.31 | 26.93 | 70.56 | 433.46 |
| Seal (1 coat) & paint (2 coats) baseboard | 27.18 LF | 0.00 | 2.99 | 6.51 | 17.07 | 104.85 |
| R&R Interior door - Colonist - pre-hung unit | 1.00 EA | 29.82 | 340.76 | 29.72 | 77.82 | 478.12 |
| Paint door slab only - 2 coats (per side) | 4.00 EA | 0.00 | 52.36 | 16.79 | 43.98 | 270.21 |
| Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 43.91 | 14.08 | 36.88 | 226.60 |
| Vacuuming - (PER SF) - Heavy | 304.12 SF | 0.00 | 0.23 | 5.60 | 14.70 | 90.25 |
| Clean vanity - inside and out | 3.08 LF | 0.00 | 16.34 | 4.03 | 10.57 | 64.93 |
| Mask and cover large light fixture | 1.00 EA | 0.00 | 27.48 | 2.20 | 5.77 | 35.45 |
| Recolor/stain grout in tile floor | 42.81 SF | 0.00 | 3.08 | 10.58 | 27.69 | 170.12 |
| Batt insulation - 10" - R30 - unfaced batt | 32.10 SF | 0.00 | 2.24 | 5.76 | 15.10 | 92.76 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Final cleaning - construction - Residential | 42.81 SF | 0.00 | 0.32 | 1.10 | 2.88 | 17.68 |
| Totals: Bathroom | | | | 190.39 | 498.76 | 3,064.00 |



**Bedroom 2**                                                                  Height: 8'

| | |
|---|---|
| 463.09 SF Walls | 202.64 SF Ceiling |
| 665.74 SF Walls & Ceiling | 202.64 SF Floor |
| 22.52 SY Flooring | 57.61 LF Floor Perimeter |
| 57.61 LF Ceil. Perimeter | |



**Subroom: Closet1 (2)**                                                       Height: 8'

| | |
|---|---|
| 112.93 SF Walls | 10.09 SF Ceiling |
| 123.02 SF Walls & Ceiling | 10.09 SF Floor |
| 1.12 SY Flooring | 14.05 LF Floor Perimeter |
| 14.05 LF Ceil. Perimeter | |



**Subroom: Closet (1)**                                                        Height: 8'

| | |
|---|---|
| 121.68 SF Walls | 11.19 SF Ceiling |
| 132.87 SF Walls & Ceiling | 11.19 SF Floor |
| 1.24 SY Flooring | 15.14 LF Floor Perimeter |
| 15.14 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 223.93 SF | 0.00 | 0.85 | 15.26 | 39.97 | 245.57 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 86.80 LF | 0.00 | 1.86 | 12.95 | 33.91 | 208.31 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 921.63 SF | 0.00 | 0.83 | 61.32 | 160.65 | 986.92 |
| Paint the walls and ceiling - two coats | 921.63 SF | 0.00 | 1.35 | 99.74 | 261.28 | 1,605.22 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 130.35 | 10.45 | 27.38 | 168.18 |
| Protect contents - Cover with plastic | 223.93 SF | 0.00 | 0.27 | 4.85 | 12.70 | 78.01 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### CONTINUED - Bedroom 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Clean floor or roof joist system - Heavy | 17.63 SF | 0.00 | 1.65 | 2.34 | 6.11 | 37.54 |
| Clean stud wall - Heavy | 94.45 SF | 0.00 | 1.32 | 9.99 | 26.18 | 160.84 |
| 1/2" drywall - hung, taped, floated, ready for paint | 112.08 SF | 0.00 | 3.31 | 29.74 | 77.91 | 478.63 |
| Drywall tape joint / repair - per LF | 49.90 LF | 0.00 | 11.03 | 44.12 | 115.58 | 710.10 |
| Remove Carpet - Premium grade | 223.93 SF | 0.44 | 0.00 | 7.90 | 20.69 | 127.12 |
| Carpet - Premium grade | 275.83 SF | 0.00 | 7.84 | 173.36 | 454.13 | 2,790.00 |
| R&R Carpet pad - High grade | 223.93 SF | 0.18 | 0.85 | 18.49 | 48.43 | 297.57 |
| R&R Tackless strip - per LF | 86.80 LF | 0.80 | 0.85 | 11.49 | 30.08 | 184.79 |
| Baseboard - 3 1/4" | 18.59 LF | 0.00 | 4.65 | 6.93 | 18.15 | 111.52 |
| Seal (1 coat) & paint (2 coats) baseboard | 86.80 LF | 0.00 | 2.99 | 20.80 | 54.50 | 334.83 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 43.91 | 7.04 | 18.44 | 113.30 |
| Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 0.00 | 52.46 | 8.41 | 22.03 | 135.36 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 52.36 | 8.40 | 21.99 | 135.11 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 10.00 | 199.49 | 33.59 | 87.99 | 540.56 |
| Interior door - Detach & reset - slab only | 2.00 EA | 0.00 | 30.10 | 4.83 | 12.64 | 77.67 |
| Plane and refit door | 2.00 EA | 0.00 | 135.46 | 21.72 | 56.89 | 349.53 |
| Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 43.91 | 14.08 | 36.88 | 226.60 |
| Bypass (sliding) door set - slabs only - Detach & reset | 2.00 EA | 0.00 | 42.49 | 6.81 | 17.85 | 109.64 |
| Paint bypass door set - slab only - 2 coats (per side) | 4.00 EA | 0.00 | 67.41 | 21.61 | 56.62 | 347.87 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 4.00 EA | 0.00 | 51.66 | 16.56 | 43.39 | 266.59 |
| Smoke detector - Detach & reset | 1.00 EA | 0.00 | 63.72 | 5.11 | 13.38 | 82.21 |
| Mask and cover light fixture | 1.00 EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| Final cleaning - construction - Residential | 223.93 SF | 0.00 | 0.32 | 5.75 | 15.05 | 92.46 |
| Vacuuming - (PER SF) - Heavy | 1,145.56 SF | 0.00 | 0.23 | 21.13 | 55.33 | 339.94 |

| Totals:  Bedroom 2 | | | | 706.37 | 1,850.31 | 11,367.64 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com



## Laundry Room                                                          Height: 8'

| | | | | |
|---|---|---|---|---|
| 125.90 SF Walls | | | 13.37 SF Ceiling | |
| 139.26 SF Walls & Ceiling | | | 13.37 SF Floor | |
| 1.49 SY Flooring | | | 15.66 LF Floor Perimeter | |
| 15.66 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 13.37 SF | 0.00 | 0.85 | 0.91 | 2.39 | 14.66 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 15.66 LF | 0.00 | 1.86 | 2.34 | 6.11 | 37.58 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 139.26 SF | 0.00 | 0.83 | 9.27 | 24.28 | 149.14 |
| Paint the walls and ceiling - two coats | 139.26 SF | 0.00 | 1.35 | 15.08 | 39.48 | 242.56 |
| Clean dryer - exterior | 1.00 EA | 0.00 | 12.50 | 1.00 | 2.63 | 16.13 |
| Clean washer - exterior | 1.00 EA | 0.00 | 12.22 | 0.98 | 2.56 | 15.76 |
| Dryer - Remove & reset - gas | 1.00 EA | 0.00 | 175.70 | 14.08 | 36.90 | 226.68 |
| Washer/Washing machine - Remove & reset | 1.00 EA | 0.00 | 61.80 | 4.95 | 12.98 | 79.73 |
| Recolor/stain grout in tile floor | 13.37 SF | 0.00 | 3.08 | 3.30 | 8.65 | 53.13 |
| 1/2" - drywall per LF - up to 2' tall | 15.66 LF | 0.00 | 13.44 | 16.87 | 44.20 | 271.54 |
| Baseboard - 3 1/4" | 15.66 LF | 0.00 | 4.65 | 5.83 | 15.29 | 93.94 |
| Seal (1 coat) & paint (2 coats) baseboard | 15.66 LF | 0.00 | 2.99 | 3.75 | 9.83 | 60.40 |
| Shelving - Detach & reset | 5.32 LF | 0.00 | 11.31 | 4.83 | 12.64 | 77.64 |
| Seal & paint wood shelving, 12"- 24" width | 5.32 LF | 0.00 | 6.28 | 2.67 | 7.02 | 43.10 |
| Final cleaning - construction - Residential | 13.37 SF | 0.00 | 0.32 | 0.34 | 0.90 | 5.52 |
| Vacuuming - (PER SF) | 139.26 SF | 0.00 | 0.12 | 1.34 | 3.51 | 21.56 |
| Totals: Laundry Room | | | | 87.54 | 229.37 | 1,409.07 |



## Master Bedroom                                                        Height: 8'

| | | | | |
|---|---|---|---|---|
| 456.92 SF Walls | | | 176.04 SF Ceiling | |
| 632.96 SF Walls & Ceiling | | | 176.04 SF Floor | |
| 19.56 SY Flooring | | | 56.84 LF Floor Perimeter | |
| 56.84 LF Ceil. Perimeter | | | | |

## Dr Mold

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### CONTINUED - Master Bedroom



**Subroom: Closet1 (2)**                                                      **Height: 8'**

|  |  |
|---|---|
| 82.43 SF Walls | 6.57 SF Ceiling |
| 88.99 SF Walls & Ceiling | 6.57 SF Floor |
| 0.73 SY Flooring | 10.25 LF Floor Perimeter |
| 10.25 LF Ceil. Perimeter |  |

**Subroom: Closet (1)**                                                      **Height: 8'**

|  |  |
|---|---|
| 237.18 SF Walls | 25.80 SF Ceiling |
| 262.98 SF Walls & Ceiling | 25.80 SF Floor |
| 2.87 SY Flooring | 29.51 LF Floor Perimeter |
| 29.51 LF Ceil. Perimeter |  |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 208.41 | SF | 0.00 | 0.85 | 14.21 | 37.21 | 228.57 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 96.60 | LF | 0.00 | 1.86 | 14.40 | 37.74 | 231.82 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 984.94 | SF | 0.00 | 0.83 | 65.53 | 171.68 | 1,054.71 |
| Paint the walls and ceiling - two coats | 984.94 | SF | 0.00 | 1.35 | 106.59 | 279.23 | 1,715.49 |
| R&R Pre-finished solid wood flooring - High grade | 208.41 | SF | 3.72 | 12.55 | 271.82 | 712.08 | 4,374.74 |
| Paint door or window opening - 2 coats (per side) | 3.00 | EA | 0.00 | 43.91 | 10.56 | 27.66 | 169.95 |
| Window blind - horizontal or vertical - Detach & reset | 3.00 | EA | 0.00 | 52.46 | 12.62 | 33.05 | 203.05 |
| Mask and cover light fixture | 1.00 | EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| Drywall tape joint / repair - per LF | 96.60 | LF | 0.00 | 11.03 | 85.41 | 223.76 | 1,374.67 |
| Clean door (per side) | 4.00 | EA | 0.00 | 8.89 | 2.86 | 7.47 | 45.89 |
| Paint door slab only - 2 coats (per side) | 4.00 | EA | 0.00 | 52.36 | 16.79 | 43.98 | 270.21 |
| Paint door/window trim & jamb - 2 coats (per side) | 6.00 | EA | 0.00 | 43.91 | 21.11 | 55.33 | 339.90 |
| Drywall patch / small repair, ready for paint | 1.00 | EA | 0.00 | 107.35 | 8.60 | 22.55 | 138.50 |
| Interior door - Detach & reset - slab only | 1.00 | EA | 0.00 | 30.10 | 2.41 | 6.32 | 38.83 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 | EA | 10.00 | 199.49 | 16.80 | 43.99 | 270.28 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### CONTINUED - Master Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Plane and refit door | 1.00 EA | 0.00 | 135.46 | 10.85 | 28.45 | 174.76 |
| Paint single bifold door - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 42.49 | 6.81 | 17.85 | 109.64 |
| Paint bypass door set - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 67.41 | 10.81 | 28.31 | 173.94 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 51.66 | 8.28 | 21.70 | 133.30 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 21.13 | 1.69 | 4.43 | 27.25 |
| Additional charge for screwing down underlayment/subfloor | 208.41 SF | 0.00 | 1.11 | 18.55 | 48.58 | 298.47 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 130.35 | 10.45 | 27.38 | 168.18 |
| Protect contents - Cover with plastic | 208.41 SF | 0.00 | 0.27 | 4.51 | 11.82 | 72.60 |
| Final cleaning - construction - Residential | 208.41 SF | 0.00 | 0.32 | 5.35 | 14.01 | 86.05 |
| Vacuuming - (PER SF) - Heavy | 1,193.35 SF | 0.00 | 0.23 | 22.00 | 57.64 | 354.11 |

| Totals:  Master Bedroom | | | | 750.61 | 1,966.40 | 12,080.56 |
|---|---|---|---|---|---|---|



### Landing                                                         Height: 8'

| | |
|---|---|
| 99.29  SF Walls | 18.46  SF Ceiling |
| 117.76  SF Walls & Ceiling | 18.46  SF Floor |
| 2.05  SY Flooring | 12.35  LF Floor Perimeter |
| 12.35  LF Ceil. Perimeter | |

| **Missing Wall** | **2' 11 13/16" X 8' 7/16"** | **Opens into HALLWAY** |
|---|---|---|
| **Missing Wall** | **3' 1/8" X 8' 7/16"** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 18.46 SF | 0.00 | 0.85 | 1.26 | 3.30 | 20.25 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 12.35 LF | 0.00 | 1.86 | 1.84 | 4.83 | 29.64 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 117.76 SF | 0.00 | 0.83 | 7.84 | 20.52 | 126.10 |
| Paint the walls and ceiling - two coats | 117.76 SF | 0.00 | 1.35 | 12.74 | 33.39 | 205.11 |
| Final cleaning - construction - Residential | 18.46 SF | 0.00 | 0.32 | 0.47 | 1.24 | 7.62 |
| Remove Carpet - Premium grade | 18.46 SF | 0.44 | 0.00 | 0.65 | 1.70 | 10.47 |

### Dr Mold

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Landing**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Carpet - Premium grade | 33.75 SF | 0.00 | 7.84 | 21.21 | 55.57 | 341.38 |
| Remove Carpet - High grade | 18.46 SF | 0.44 | 0.00 | 0.65 | 1.70 | 10.47 |
| Carpet - High grade | 91.92 SF | 0.00 | 5.66 | 41.71 | 109.26 | 671.24 |
| Clean stud wall - Heavy | 48.23 SF | 0.00 | 1.32 | 5.11 | 13.37 | 82.14 |
| R&R Tackless strip - per LF | 12.35 LF | 0.80 | 0.85 | 1.64 | 4.29 | 26.31 |
| Seal (1 coat) & paint (2 coats) baseboard | 12.35 LF | 0.00 | 2.99 | 2.96 | 7.75 | 47.64 |
| Mask and cover light fixture | 1.00 EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| Vacuuming - (PER SF) - Heavy | 136.22 SF | 0.00 | 0.23 | 2.52 | 6.58 | 40.43 |
| Totals: Landing | | | | 102.20 | 267.68 | 1,644.45 |
| Total: 2nd Floor | | | | **2,054.54** | **5,382.20** | **33,065.47** |

**Main Level**



**Dining Room**                                                                   **Height: 8'**

|  |  |
|---|---|
| 608.70 SF Walls | 384.38 SF Ceiling |
| 993.08 SF Walls & Ceiling | 384.38 SF Floor |
| 42.71 SY Flooring | 76.04 LF Floor Perimeter |
| 76.04 LF Ceil. Perimeter | |

**Missing Wall**                    **5' 11 1/8'' X 8' 1/16''**          **Opens into FOYER_ENTRY**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 384.38 SF | 0.00 | 0.85 | 26.20 | 68.61 | 421.53 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 76.04 LF | 0.00 | 1.86 | 11.34 | 29.70 | 182.47 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 993.08 SF | 0.00 | 0.83 | 66.08 | 173.10 | 1,063.44 |
| Paint the walls and ceiling - two coats | 993.08 SF | 0.00 | 1.35 | 107.47 | 281.54 | 1,729.67 |
| Remove Carpet - High grade | 384.38 SF | 0.44 | 0.00 | 13.55 | 35.51 | 218.19 |
| Carpet - High grade | 472.17 SF | 0.00 | 5.66 | 214.23 | 561.22 | 3,447.93 |
| R&R Carpet pad - High grade | 384.38 SF | 0.18 | 0.85 | 31.74 | 83.14 | 510.79 |
| R&R Tackless strip - per LF | 76.04 LF | 0.80 | 0.85 | 10.06 | 26.34 | 161.86 |
| R&R Crown molding - 3 1/4" | 76.04 LF | 1.06 | 5.92 | 42.54 | 111.47 | 684.77 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### CONTINUED - Dining Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Seal (1 coat) & paint (2 coats) crown molding | 76.04 LF | 0.00 | 3.17 | 19.32 | 50.63 | 311.00 |
| Recessed light fixture - Detach & reset trim only | 8.00 EA | 0.00 | 4.58 | 2.94 | 7.69 | 47.27 |
| Window drapery - hardware - Detach & reset | 1.00 EA | 0.00 | 52.46 | 4.21 | 11.02 | 67.69 |
| Paint door or window opening - Large - 2 coats (per side) | 1.00 EA | 0.00 | 51.66 | 4.14 | 10.85 | 66.65 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 52.36 | 8.40 | 21.99 | 135.11 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 43.91 | 7.04 | 18.44 | 113.30 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 260.70 | 20.90 | 54.75 | 336.35 |
| Protect contents - Cover with plastic | 384.38 SF | 0.00 | 0.27 | 8.32 | 21.80 | 133.90 |
| Chandelier - Detach & reset | 1.00 EA | 0.00 | 171.09 | 13.71 | 35.93 | 220.73 |
| Mask and cover large ornate light fixture | 1.00 EA | 0.00 | 45.26 | 3.63 | 9.51 | 58.40 |
| 1/2" drywall - hung, taped, floated, ready for paint | 595.85 SF | 0.00 | 3.31 | 158.10 | 414.18 | 2,544.54 |
| Clean floor or roof joist system - Heavy | 230.63 SF | 0.00 | 1.65 | 30.50 | 79.91 | 490.95 |
| Clean stud wall - Heavy | 365.22 SF | 0.00 | 1.32 | 38.65 | 101.24 | 621.98 |
| R&R Baseboard - 3 1/4" | 76.04 LF | 0.73 | 4.65 | 32.80 | 85.92 | 527.82 |
| Seal (1 coat) & paint (2 coats) baseboard | 76.04 LF | 0.00 | 2.99 | 18.22 | 47.75 | 293.33 |
| Final cleaning - construction - Residential | 384.38 SF | 0.00 | 0.32 | 9.86 | 25.83 | 158.69 |

Totals:  Dining Room | | | | 903.95 | 2,368.07 | 14,548.36



**Foyer/Entry**                                                                 **Height: 8'**

| | |
|---|---|
| 210.68  SF Walls | 63.21  SF Ceiling |
| 273.89  SF Walls & Ceiling | 63.21  SF Floor |
| 7.02  SY Flooring | 26.32  LF Floor Perimeter |
| 26.32  LF Ceil. Perimeter | |

| **Missing Wall** | **5' 11 1/8" X 8' 1/16"** | **Opens into DINING_ROOM** |
|---|---|---|
| **Missing Wall** | **3' X 8' 1/16"** | **Opens into STAIRS** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 63.21 SF | 0.00 | 0.85 | 4.31 | 11.28 | 69.32 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 26.32 LF | 0.00 | 1.86 | 3.92 | 10.29 | 63.17 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 273.89 SF | 0.00 | 0.83 | 18.22 | 47.74 | 293.29 |
| Paint the walls and ceiling - two coats | 273.89 SF | 0.00 | 1.35 | 29.65 | 77.65 | 477.05 |
| Seal (1 coat) & paint (2 coats) baseboard | 26.32 LF | 0.00 | 2.99 | 6.30 | 16.53 | 101.53 |
| Mask and cover large light fixture | 1.00 EA | 0.00 | 27.48 | 2.20 | 5.77 | 35.45 |
| Smoke detector - Detach & reset | 1.00 EA | 0.00 | 63.72 | 5.11 | 13.38 | 82.21 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 0.00 | 51.66 | 4.14 | 10.85 | 66.65 |
| Final cleaning - construction - Residential | 63.21 SF | 0.00 | 0.32 | 1.62 | 4.25 | 26.10 |
| Totals:  Foyer/Entry | | | | 75.47 | 197.74 | 1,214.77 |



**Kitchen**                                        **Height: 8'**

| | |
|---|---|
| 327.41 SF Walls | 103.80 SF Ceiling |
| 431.21 SF Walls & Ceiling | 103.80 SF Floor |
| 11.53 SY Flooring | 40.90 LF Floor Perimeter |
| 40.90 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Cabinetry - upper (wall) units - Reset | 5.00 LF | 0.00 | 47.11 | 18.89 | 49.47 | 303.91 |
| Cabinetry - lower (base) units - Reset | 1.08 LF | 0.00 | 55.07 | 4.77 | 12.49 | 76.74 |
| Clean cabinetry - upper - inside and out | 16.33 LF | 0.00 | 18.24 | 23.87 | 62.56 | 384.29 |
| Clean cabinetry - lower - inside and out | 11.17 LF | 0.00 | 18.24 | 16.34 | 42.78 | 262.86 |
| Seal & paint cabinetry - upper - inside and out | 16.33 LF | 0.00 | 54.07 | 70.79 | 185.43 | 1,139.18 |
| Seal & paint cabinetry - lower - inside and out | 11.17 LF | 0.00 | 63.26 | 56.64 | 148.39 | 911.64 |
| Clean countertop - Heavy | 27.43 SF | 0.00 | 1.20 | 2.64 | 6.91 | 42.47 |
| Countertop - flat laid plastic laminate - Detach & reset | 1.08 LF | 0.00 | 26.04 | 2.25 | 5.90 | 36.27 |
| Refrigerator - Remove & reset | 1.00 EA | 0.00 | 63.51 | 5.09 | 13.34 | 81.94 |
| Clean refrigerator - exterior - Heavy | 1.00 EA | 0.00 | 35.39 | 2.83 | 7.43 | 45.65 |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Clean floor or roof joist system - Heavy | 8.50 SF | 0.00 | 1.65 | 1.13 | 2.94 | 18.10 |
| Clean stud wall - Heavy | 34.02 SF | 0.00 | 1.32 | 3.61 | 9.43 | 57.95 |
| Drywall tape joint / repair - per LF | 24.26 LF | 0.00 | 11.03 | 21.45 | 56.20 | 345.24 |
| 1/2" drywall - hung, taped, floated, ready for paint | 42.52 SF | 0.00 | 3.31 | 11.28 | 29.55 | 181.57 |
| Mask and cover light fixture | 1.00 EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| Recessed light fixture - Detach & reset trim only | 2.00 EA | 0.00 | 4.58 | 0.74 | 1.93 | 11.83 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 21.13 | 1.69 | 4.43 | 27.25 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 43.91 | 7.04 | 18.44 | 113.30 |
| Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 52.46 | 4.21 | 11.02 | 67.69 |
| Range - gas - Remove & reset | 1.00 EA | 0.00 | 204.43 | 16.38 | 42.93 | 263.74 |
| Plumbing/gas line air pressure test | 1.00 EA | 0.00 | 218.88 | 17.55 | 45.97 | 282.40 |
| R&R Ceramic tile - Standard grade | 30.77 SF | 3.18 | 14.50 | 43.61 | 114.25 | 701.88 |
| Add-on for tile backsplash installation | 30.77 SF | 0.00 | 18.94 | 46.72 | 122.39 | 751.89 |
| R&R 1/2" drywall - hung, taped, ready for texture | 36.92 SF | 0.66 | 2.90 | 10.53 | 27.61 | 169.58 |
| Clean range - exterior - Heavy | 1.00 EA | 0.00 | 55.97 | 4.49 | 11.76 | 72.22 |
| Range hood - Detach & reset | 1.00 EA | 0.00 | 114.06 | 9.15 | 23.96 | 147.17 |
| Clean range hood - Heavy | 1.00 EA | 0.00 | 30.69 | 2.46 | 6.45 | 39.60 |
| Contents - move out then reset | 1.00 EA | 0.00 | 86.90 | 6.97 | 18.25 | 112.12 |
| Protect contents - Cover with plastic | 103.80 SF | 0.00 | 0.27 | 2.25 | 5.88 | 36.16 |
| Final cleaning - construction - Residential | 103.80 SF | 0.00 | 0.32 | 2.66 | 6.97 | 42.85 |
| Totals:  Kitchen | | | | 419.63 | 1,099.24 | 6,753.14 |



| Stairs | | Height: 18' |
|---|---|---|
| 36.21 SF Walls | | 2.88 SF Ceiling |
| 39.08 SF Walls & Ceiling | | 6.75 SF Floor |
| 0.75 SY Flooring | | 2.49 LF Floor Perimeter |
| 2.08 LF Ceil. Perimeter | | |

| **Missing Wall** | **3' X 18' 1/16"** | **Opens into FOYER_ENTRY** |
|---|---|---|

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Stairs**



**Subroom:  Stairs1 (2)**                                                                      **Height: 16' 9"**

| | |
|---|---|
| 106.11  SF Walls | 10.01  SF Ceiling |
| 116.13  SF Walls & Ceiling | 10.03  SF Floor |
| 1.11  SY Flooring | 6.33  LF Floor Perimeter |
| 6.33  LF Ceil. Perimeter | |

**Missing Wall**              **3' X 16' 9 1/16"**              **Opens into STAIRS**
**Missing Wall**              **3' X 16' 9 1/16"**              **Opens into STAIRS2**

**Subroom:  Stairs2 (3)**                                                                      **Height: 16' 9"**

| | |
|---|---|
| 265.01  SF Walls | 30.25  SF Ceiling |
| 295.26  SF Walls & Ceiling | 54.14  SF Floor |
| 6.02  SY Flooring | 24.61  LF Floor Perimeter |
| 20.33  LF Ceil. Perimeter | |

**Missing Wall**              **3' X 16' 9 1/16"**              **Opens into STAIRS1**
**Missing Wall**              **3' X 16' 9 1/16"**              **Opens into Exterior**

**Subroom:  Stairs3 (4)**                                                                      **Height: 9' 3"**

| | |
|---|---|
| 58.59  SF Walls | 10.03  SF Ceiling |
| 68.62  SF Walls & Ceiling | 10.03  SF Floor |
| 1.11  SY Flooring | 6.33  LF Floor Perimeter |
| 6.33  LF Ceil. Perimeter | |

**Missing Wall**              **3' 2" X 9' 3"**              **Opens into Exterior**
**Missing Wall**              **3' X 9' 3"**              **Opens into STAIRS4**

**Subroom:  Stairs4 (1)**                                                                      **Height: 9' 3"**

| | |
|---|---|
| 13.66  SF Walls | 2.38  SF Ceiling |
| 16.03  SF Walls & Ceiling | 7.25  SF Floor |
| 0.81  SY Flooring | 1.81  LF Floor Perimeter |
| 1.58  LF Ceil. Perimeter | |

**Missing Wall**              **3' X 9' 3"**              **Opens into STAIRS3**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

**CONTINUED - Stairs**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 88.20 SF | 0.00 | 0.85 | 6.01 | 15.75 | 96.73 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 41.58 LF | 0.00 | 1.86 | 6.20 | 16.24 | 99.78 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 535.12 SF | 0.00 | 0.83 | 35.60 | 93.28 | 573.03 |
| Paint the walls and ceiling - two coats | 535.12 SF | 0.00 | 1.35 | 57.91 | 151.71 | 932.03 |
| Remove Carpet - Premium grade | 88.20 SF | 0.44 | 0.00 | 3.11 | 8.15 | 50.07 |
| Carpet - Premium grade | 151.58 SF | 0.00 | 7.84 | 95.26 | 249.56 | 1,533.21 |
| R&R Carpet pad - High grade | 88.20 SF | 0.18 | 0.85 | 7.28 | 19.09 | 117.22 |
| R&R Tackless strip - per LF | 41.58 LF | 0.80 | 0.85 | 5.49 | 14.41 | 88.50 |
| Step charge for "tucked" carpet installation - High grade | 16.00 EA | 0.00 | 18.69 | 23.97 | 62.79 | 385.80 |
| Seal (1 coat) & paint (2 coats) baseboard | 41.58 LF | 0.00 | 2.99 | 9.97 | 26.11 | 160.40 |
| Handrail - wall mounted - Detach & reset | 10.25 LF | 0.00 | 8.46 | 6.96 | 18.21 | 111.89 |
| Paint stair skirt/apron | 20.50 LF | 0.00 | 8.15 | 13.39 | 35.09 | 215.56 |
| Mask and cover light fixture | 1.00 EA | 0.00 | 19.87 | 1.60 | 4.18 | 25.65 |
| Final cleaning - construction - Residential | 88.20 SF | 0.00 | 0.32 | 2.26 | 5.92 | 36.40 |
| Totals:  Stairs | | | | 275.01 | 720.49 | 4,426.27 |



**Bathroom**                                                                 **Height: 8'**

| | |
|---|---|
| 148.44  SF Walls | 19.01  SF Ceiling |
| 167.45  SF Walls & Ceiling | 19.01  SF Floor |
| 2.11  SY Flooring | 18.54  LF Floor Perimeter |
| 18.54  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Final cleaning - construction - Residential | 19.01 SF | 0.00 | 0.32 | 0.48 | 1.28 | 7.84 |
| Totals:  Bathroom | | | | 0.48 | 1.28 | 7.84 |
| Total: Main Level | | | | **1,674.54** | **4,386.82** | **26,950.38** |
| Total: SKETCH1 | | | | **3,729.08** | **9,769.02** | **60,015.85** |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### Miscellaneous

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 920.00 | 0.00 | 73.75 | 193.20 | 1,186.95 |
| General Demolition - per hour | 4.25 HR | 72.06 | 0.00 | 24.55 | 64.32 | 395.13 |
| Megohmmeter check electrical circuits - average residence | 1.00 EA | 0.00 | 1,010.19 | 80.99 | 212.14 | 1,303.32 |
| General Laborer - per hour | 2.75 HR | 0.00 | 59.21 | 13.06 | 34.19 | 210.08 |
| Residential Supervision / Project Management - per hour | 26.00 HR | 0.00 | 84.58 | 176.28 | 461.81 | 2,837.17 |
| Taxes, insurance, permits & fees | 1.00 EA | 0.00 | 990.00 | 79.36 | 207.90 | 1,277.26 |
| Totals: Miscellaneous | | | | 447.99 | 1,173.56 | 7,209.91 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Tile floor covering labor minimum | 1.00 EA | 0.00 | 192.87 | 15.46 | 40.51 | 248.84 |
| Insulation labor minimum | 1.00 EA | 0.00 | 207.01 | 16.59 | 43.47 | 267.07 |
| Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 282.28 | 22.63 | 59.28 | 364.19 |
| Totals: Labor Minimums Applied | | | | 54.68 | 143.26 | 880.10 |
| **Line Item Totals: 2023-10-18-175816** | | | | **4,231.75** | **11,085.84** | **68,105.86** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,857.85 | SF Walls | 1,159.71 | SF Ceiling | 5,017.56 | SF Walls and Ceiling |
| 1,192.36 | SF Floor | 132.48 | SY Flooring | 462.53 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 457.61 | LF Ceil. Perimeter |
| | | | | | |
| 1,192.36 | Floor Area | 1,278.09 | Total Area | 3,261.36 | Interior Wall Area |
| 1,959.77 | Exterior Wall Area | 219.87 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

### Summary for Dwelling

| | |
|---|---|
| Line Item Total | 52,788.27 |
| Overhead | 5,278.96 |
| Profit | 5,806.88 |
| Total Tax(Rep-Maint) | 4,231.75 |
| **Replacement Cost Value** | **$68,105.86** |
| **Net Claim** | **$68,105.86** |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

## Recap by Room

**Estimate: 2023-10-18-175816**

**Area: SKETCH1**

**Area: 2nd Floor**

| | | |
|---|---:|---:|
| Hallway | 2,712.64 | 5.14% |
| Bathroom | 2,374.85 | 4.50% |
| Bedroom 2 | 8,810.96 | 16.69% |
| Laundry Room | 1,092.16 | 2.07% |
| Master Bedroom | 9,363.55 | 17.74% |
| Landing | 1,274.57 | 2.41% |
| **Area Subtotal:  2nd Floor** | **25,628.73** | **48.55%** |

**Area: Main Level**

| | | |
|---|---:|---:|
| Dining Room | 11,276.34 | 21.36% |
| Foyer/Entry | 941.56 | 1.78% |
| Kitchen | 5,234.27 | 9.92% |
| Stairs | 3,430.77 | 6.50% |
| Bathroom | 6.08 | 0.01% |
| **Area Subtotal:  Main Level** | **20,889.02** | **39.57%** |
| **Area Subtotal:  SKETCH1** | **46,517.75** | **88.12%** |
| Miscellaneous | 5,588.36 | 10.59% |
| Labor Minimums Applied | 682.16 | 1.29% |
| **Subtotal of Areas** | **52,788.27** | **100.00%** |
| **Total** | **52,788.27** | **100.00%** |

**Dr Mold**

760 Farmingdale Road
Jackson NJ 08527
732-486-6980
doctormoldnj@gmail.com

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 619.50 | 0.91% |
| CABINETRY | 323.15 | 0.47% |
| CONT: CLEAN APPLIANCES | 24.72 | 0.04% |
| CLEANING | 3,335.27 | 4.90% |
| CONTENT MANIPULATION | 856.84 | 1.26% |
| GENERAL DEMOLITION | 3,187.81 | 4.68% |
| DOORS | 922.42 | 1.35% |
| DRYWALL | 5,572.27 | 8.18% |
| ELECTRICAL | 1,137.63 | 1.67% |
| FLOOR COVERING - CARPET | 7,883.57 | 11.58% |
| FLOOR COVERING - CERAMIC TILE | 365.90 | 0.54% |
| FLOOR COVERING - WOOD | 2,951.76 | 4.33% |
| PERMITS AND FEES | 990.00 | 1.45% |
| FINISH CARPENTRY / TRIMWORK | 1,906.58 | 2.80% |
| FRAMING & ROUGH CARPENTRY | 364.22 | 0.53% |
| HEAT, VENT & AIR CONDITIONING | 353.41 | 0.52% |
| INSULATION | 344.28 | 0.51% |
| LABOR ONLY | 2,361.91 | 3.47% |
| LIGHT FIXTURES | 336.16 | 0.49% |
| PLUMBING | 218.88 | 0.32% |
| PAINTING | 17,335.82 | 25.45% |
| TILE | 1,028.95 | 1.51% |
| WINDOW TREATMENT | 367.22 | 0.54% |
| O&P Items Subtotal | 52,788.27 | 77.51% |
| Overhead | 5,278.96 | 7.75% |
| Profit | 5,806.88 | 8.53% |
| Total Tax(Rep-Maint) | 4,231.75 | 6.21% |
| **Total** | **68,105.86** | **100.00%** |



Dining Room

Kitchen

Foyer/Entry

Stairs

Up

Bathroom



N

Main Level





# DMNJ

*"Remove - Remediate - Restore"*

DMNJ Cleaning  LLC

760 Farmingdale Road
Jackson NJ 08527

| | |
|---|---|
| **DATE:** | August 31, 2023 |
| **INVOICE #** | **18296B** |
| **FOR:** | *Interior Restoration* |
| | UPDATED INVOICE |

**Mordechai Sidell for Ralph Zucker**
Somerset Holmdel Development
101 Crawfords Corner Road Holmdel NJ 07733
**Job Location:  289 Zachary _ Roof leak**
<u>Insp.:Dr.Mold - antenna removal cause of loss due to storm</u>
SDNJ - Restoration Project

| DESCRIPTION | AMOUNT |
|---|---|
| Paint and restoration | $       8,238.25 |
| Build back walls and ceilings throughout the home on all floors | |
| List as follows:<br><br>Plaster paint primer home to all 2 floors one color flat color match<br>Repair large holes and cracks, replace sheetrock to Kitchen, Living room, Dining room, Hall, bedrooms, and bathrooms.<br>Plaster, Prime as well as repair existing wall damage<br>Caulk and putty wood trim<br>Install kitchen cabinets to match the existing set up.<br>update bathroom at this point, remove old caulk and silicone in bathrooms and vanity install new caulk.<br>clean up home, prep for flooring, wash tile as agreed.<br>Duct cleaning/sanitizing treatment --<br><br>Materials | $775.00<br><br><br>179.00<br>899.99<br><br>436.98 |
| 58.5 **TOTAL** | $     10,529.22 |
| **Deposit Paid** | $      4,093.72 |
| **Balance Due:** | $      6,435.50 |
| | |

Make all checks payable to "DMNJ Cleaning LLC"
If you have any questions concerning this invoice,

contact Tony Kaye @ 732-984-7403

**THANK YOU FOR YOUR BUSINESS!**

# FISCHER ROOFING, LLC

FISCHER ROOFING

276 South Hope Chapel Rd.
Jackson, NJ 08527

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2023 | 16214 |

**Bill To**

Somerset Development
101 Crawfords Corner Rd
Holmdel, NJ 07733

**Ship To**

289 Zachary Ct.
Lakewood, NJ 08701

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Closed roof hole (damaged by others) - Ticket 52015 | 285.00 | 285.00 |
|  | Sales Tax | 6.625% | 18.88 |

*289 Zachary Court*
*ticket #52015*

| | Total | $303.88 |
|--|-------|---------|

| Phone # | Fax # |
|---------|-------|
| 732-589-ROOF | 732-810-0301 |

**SOMERSET DEVELOPMENT**

911 E. County Line Road, Suite 203
Lakewood, NJ 08701
Tel.: 732-415-7163 Fax: 732-352-6771
Email: Warranty@sdnj.com

SERVICE TICKET



| Contractor: | Fischer Roofing |
|---|---|
| ATTN: | Fishy Fischer |
| Phone: | (732) 534-2963 |
| FAX: | |

| From: | eve |
|---|---|
| Date: | 5/2/2023 |
| Ticket #: | 52015 |
| Status: | Closed |

| Homeowner: | Somerset Development | | |
|---|---|---|---|
| Community: | Misc Properties | Home: | |
| Address: | 911 E. County Line Road | Work: | (732) 415-7163 |
| Email: | | Cell: | |

**Service Requested:**

FISCHER ROOFING
(NOTE -RALPH'S TENANT)
ZVI ROSEN
848-224-3862

289 ZACHARY COURT
LAKEWOOD,NJ

PLEASE CHECK LEAK IN UPSTAIRS HALLWAY AND
DOWNSTAIRS IN LIVING ROOM.
THANKS