UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RALPH ZUCKER,

                    Plaintiff,

    - against -

ST. PAUL PROTECTIVE INSURANCE COMPANY,

                Defendant

Docket No.: 24 CV 7030 (RK) (RLS).

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that all claims are hereby dismissed with prejudice, without costs, attorneys' fees or disbursements to any party against any other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      January 3, 2025

LAZARE POTTER GIACOVAS
& MOYLE LLP

By: __s/yale glazer_____
      Yale Glazer
747 Third Avenue, 16th Floor
New York, NY 10017
(212) 758-9300
Attorneys for Defendant

MACNOW & PAPALEO
ATTORNEYS AT LAW

By: ____s/Russell Macnow_____
      Russell Macnow
265 Route 34, Suite E
Colts Neck, New Jersey 07722
(732) 780-0040
Attorneys for Plaintiff