UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RALPH ZUCKER,

                Plaintiff,

- against -

ST. PAUL PROTECTIVE INSURANCE COMPANY,

                Defendant

Docket No.: 24 CV 7030 (RK) (RLS).

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that all claims are hereby dismissed with prejudice, without costs, attorneys' fees or disbursements to any party against any other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       January 3, 2025

| | |
|---|---|
| LAZARE POTTER GIACOVAS & MOYLE LLP | MACNOW & PAPALEO ATTORNEYS AT LAW |
| By: __s/yale glazer__<br>Yale Glazer<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>(212) 758-9300<br>Attorneys for Defendant | By: ___s/Russell Macnow___<br>Russell Macnow<br>265 Route 34, Suite E<br>Colts Neck, New Jersey 07722<br>(732) 780-0040<br>Attorneys for Plaintiff |

SO ORDERED

_____
Robert Kirsch, U.S.D.J.
Date: 1/13/25